IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SAMMY LEE WILLIAMS, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-433-MTT |
| | * |
| SHERIFF TERRY DEESE, | |
| | * |
| Defendant. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated March 30, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 30th day of March, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk